384 A.2d 1004

Tillman Appeal.

Argued November 22, 1977. Gary Robert Fine, with him Alex E. Echard, for appellant; J. Kutz, with him James L. Liberto, Assistant County Solicitor, for appellee.

OPINION PER CURIAM: Order vacated.

The case is remanded for a new hearing at which the children shall be represented by counsel.